IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUBMARIE VALENTIN-LUGO, *et al.*,<br><br>    **Plaintiffs,**<br><br>              v.<br><br>HOSPITAL MATILDE BRENES, *et al.*,<br><br>    **Defendants.** | CIVIL NO. 15-1036 (JAG) |

**JUDGMENT**

GARCIA-GREGORY, D.J.

      Pursuant to Plaintiffs' Notice for Voluntary Dismissal, Docket No. 34, the case against Hospital Matilde Brenes, Inc. d/b/a/ Doctors' Center Bayamon, Continental Insurance Company, Dr. Hec Rivera-Rivera, and SIMED is hereby DISMISSED WITH PREJUDICE. This case is now closed for statistical purposes.

      IT IS SO ORDERED.

      In San Juan, Puerto Rico, this Tuesday, December 1, 2015.

                                                                                s/ Jay A. Garcia-Gregory
                                                                                JAY A. GARCIA-GREGORY
                                                                                 United States District Judge

CIVIL NO. 14-152 (JAG)                                                                 2